UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDYN E. MITCHELL,
    Petitioner,

vs.                                        Case No.: 3:24cv343/LAC/ZCB

DEPARTMENT OF CORRECTIONS,
    Respondent.
_____/

### ORDER

The magistrate judge issued a Report and Recommendation on August 27, 2025. (Doc. 21). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 21) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 18) is **GRANTED**.

3. The 28 U.S.C. § 2254 petition for a writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

4.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 29th day of September, 2025.

                                 *s/L.A. Collier*
                                 **LACEY A. COLLIER**
                                 **SENIOR UNITED STATES DISTRICT JUDGE**